**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1174**

RUSSELL ARNOLD,

       Plaintiff - Appellant,

   v.

UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS, INC.,

       Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:24-cv-00340-JAG)

Submitted:  August 28, 2025              Decided:  September 2, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Russell Arnold, Appellant Pro Se.  Michael James Ritter, Shannon Brown Schmoyer, SCHMOYER REINHARD LLP, San Antonio, Texas, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Arnold appeals the district court's order dismissing his pro se employment discrimination complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Arnold v. United Parcel Serv. Supply Chain Sol.*, No. 3:24-cv-00340-JAG (E.D. Va., Jan. 23, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*